UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LORI FULLER,

    Plaintiff,

v.                                CASE NO.

TONA MORRIS,

    Defendant.

_____/

**COMPLAINT FOR DAMAGES AND EJECTMENT**

Plaintiff, Lori Fuller, sues Defendant, Tona Morris and alleges:

**PRELIMINARY STATEMENT**

1. This is an action for breach of contract and ejectment of real property located in Columbia County, Florida.

**JURISDICTION, VENUE, AND PARTIES**

2. Lori Fuller is a resident and citizen of the State of Georgia.

3. Tona Morris is a resident and citizen of the State of Florida.

4. The 309 SE Piute Way Lake City, FL 32025 Land Trust and Defendant executed an agreement ("Agreement") to purchase real estate located in Columbia County, Florida commonly known as 309 SE Piute Way, Lake City, FL 32025 for $85,000.00. A true and correct copy of the Agreement is attached as **Exhibit A**.

1

5. The 309 SE Piute Way Lake City, FL 32025 Land Trust assigned its rights under the Agreement to Plaintiff. A true and correct copy of the assignment is attached as **Exhibit B**.

6. This Court has subject matter jurisdiction over this action under 28 U.S.C § 1332(a)(1) because it is a civil action between citizens of different states and the amount in controversy exceeds $75,000.00.

7. Venue is proper in the Middle District of Florida under 28 U.S.C. § 1391(b)(1) because defendant resides in Florida and this District.

8. Venue is proper in the Middle District of Florida under 28 U.S.C. § 1391(b)(2) because the real property that is subject of this action is in Columbia County, Florida which is situated in this District.  28 U.S.C. § 89(b).

9. Venue is proper in the Jacksonville Division of the Middle District of Florida under Local Rule 1.04 because the real property that is subject to this action is in Columbia County, Florida.

## COUNT I – BREACH OF CONTRACT

10. Plaintiff realleges paragraphs 1-9.

11. Defendant failed to timely make all payments under the Agreement. The failure to make timely payments is a material breach of the Agreement.

12. Plaintiff is damaged by Defendant's breach by not being paid the full amount owed under the Agreement.

13. All conditions precedent to the commencement of this action have occurred or been performed.

WHEREFORE, Plaintiff demands judgment against Defendant, Tona Morris in the amount of $85,000, plus prejudgment interest, and any other compensable damages caused by Defendant's breach.

## COUNT II – EJECTMENT

14. Plaintiff realleges paragraphs 1-9.

15. Defendant is in possession of the following real property located in Columbia County, Florida:

> **LOT 6 HICKORY THICKET A SUBDIVISION AS RECORDED IN PLAT BOOK 5, PAGE 33, PUBLIC RECORDS OF COLUMBIA COUNTY, FLORIDA AND TOWNSHIP 4 SOUTH, RANGE 17 EAST, SECTION 9, COMMENCE AT THE NORTHEAST CORNER OF LOT 2 OF HICKORY THICKET SUBDIVISION, A SUBDIVISION AS RECORDED IN PLAT BOOK 4, PAGE 76, PUBLIC RECORDS OF COLUMBIA COUNTY, FLORIDA AND RUN THENCE NORTH 01 DEGREES 39 MINUTES 04 SECONDS WEST ALONG THE EAST BOUNDARY OF HICKORY THICKET SUBDIVISION A DISTANCE OF 382.14 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE NORTH 01 DEGREES 39 MINUTES 04 SECONDS WEST ALONG THE EAST BOUNDARY OF HICKORY THICKET SUBDIVISION A DISTANCE OF 209.86 FEET TO THE NORTHEAST CORNER OF LOT 7 OF HICKORY THICKET SUBDIVISION; THENCE NORTH 89 DEGREES 51 MINUTES 57 SECONDS EAST A DISTANCE OF 423.58 FEET THENCE SOUTH 01 DEGREES 39 MINUTES 04 SECONDS EAST A DISTANCE OF 209.86 FEET; THENCE SOUTH 89 DEGREES 51 MINUTES 57 SECONDS WEST A DISTANCE OF 423.58 FEET TO THE EAST BOUNDARY OF HICKORY THICKET SUBDIVISION AND THE POINT OF BEGINNING.**

16. Plaintiff claims title to the real property through a quit claim deed. A true and correct copy is attached as **Exhibit C**.

17. Defendant refuses to deliver possession of the property to Plaintiff.

18. All conditions precedent to the commencement of this action have occurred or been performed.

WHEREFORE, Plaintiff demands judgment for possession of the property and damages against Defendant, Tona Morris.

                Respectfully Submitted,

                ATLAS | SOLOMON, PLLC

                By:     */s/ Eric M. Levine*
                      Eric M. Levine, Esq. (Lead Counsel)
                      Florida Bar No. 64357
                      Adam G. Schwartz, Esq.
                      Florida Bar No. 26978
                      789 SW Federal Highway, Suite 206
                      Stuart, FL 34994
                      Telephone: (772) 247-0157
                      Facsimile: (772) 419-8067
                      servicemailbox@atlas-solomon.com
                      elevine@atlas-solomon.com
                      adam@atlas-solomon.com

                      *Counsel for Lori Fuller*